IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                      Criminal Action No.
                                                                            21-00041-01-CR-W-DGK

CARREON L. BROWN,

        Defendant.

---

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
Count One:    Conspiracy to Distribute Less than 50 Kilograms of Marijuana, in violation of 21 U.S.C. §§841(a)(1), (b)(1)(D) and 846
Counts Two, Four, Six, Nine, Eleven & Twelve:    Distribution of Marijuana, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(D)
Counts Three, Five & Seven:    Distribution of Marijuana Within 1,000 Feet of a Public or Private School, in violation of 21 U.S.C. §§841(a)(1) and 860(a)
Counts Eight & Ten:  Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. §§924(c)(1)(A)

**TRIAL COUNSEL**:
    Government: Byron Black
        Case Agent:    ATF Special Agent Elizabeth Gentry
    Defense:    Craig Divine

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None other than motions in limine

**TRIAL WITNESSES**:
    Government:    12-13 with stipulations; 15 without stipulations
    Defense:    1 witness, including Defendant who    ( ) will
                                                                         ( x ) may
                                                                         ( ) will not testify

**TRIAL EXHIBITS**:
    Government:    Exhibits stemming from: 6 controlled buys; search warrant execution, including photographs; recovered tangible exhibits, including firearm(s), controlled substances and drug paraphernalia
    Defense:    No additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial               (  ) Possibly for trial
        (  ) Motion to continue to be filed     ( x) Likely a plea will be worked out

**TRIAL TIME**:    **4 days**
      Government's case including jury selection:   3-3 ½ days
      Defense case: ½ day

**STIPULATIONS**:
        (  )    not likely
        (  )    not appropriate
        ( x )  likely as to:
                ( x )    chain of custody
                ( x )    identity of controlled substances
                (  )    prior felony conviction
                (  )    interstate nexus of firearm
                ( x )    other: firearm function

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   June 28, 2021
    Defense:       June 28, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   June 28, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   June 28, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing July 12, 2021

**OTHER**:
        (  )    A _____-speaking interpreter is required.
        (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge